UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VINCENT GARCIA HOLGUIN,<br><br>Petitioner,<br><br>v.<br><br>DERRAL ADAMS, WARDEN,<br><br>Respondent. | Case No. CV 07-06064 VAP (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R"), *de novo*. IT IS ORDERED that:

1. The R&R is approved and adopted.

2. Judgment shall be entered denying the First Amended Petition and dismissing this action with prejudice.

3. All motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: November 17, 2008

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE