ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT

NOV 1 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VINCENT GARCIA HOLGUIN, ) | Case No. CV 07-06064 VAP (AN) |
|    Petitioner, ) | |
| v. ) | JUDGMENT |
| DERRAL ADAMS, WARDEN, ) | |
|    Respondent. ) | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated:  November 17, 2008

*Virginia A. Phillips*

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 1 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY